Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

William M. Jackson Bailey appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Bailey,* Nos. CR-98-1; CA-00-742-7 (W.D.Va. May 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Gary Burrell appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Burrell v. Gunja,* No. CA-00-3686-AMD (D. Md. June 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Gary BURRELL, Petitioner–Appellant,**

v.

**J.E. GUNJA, Warden, Respondent–Appellee.**

**No. 01–7101.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 5, 2001.

Gary Burrell, pro se. Stephen Matthew Schenning, United States Attorney, Ariana Wright Arnold, Office of the United States Attorney, Baltimore, MD, for appellee.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Lorenzo ADDERLY, a/k/a Son–Son, a/k/a Kendrick A. McKenzie, Defendant–Appellant.**

**No. 01–7102.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 5, 2001.

Lorenzo Adderly, pro se. Stephen Wiley Miller, Office of the United States Attorney, Richmond, VA, for appellee.